625 A.2d 615

SYSTEMS AND SERVICE PROS, Appellant,

v.

COMMONWEALTH of Pennsylvania, Governor's Office of Administration and Department of General Services.

Supreme Court of Pennsylvania.

Argued May 4, 1993.

Decided May 24, 1993.

Henry I. Langsam, Philadelphia, for appellant.

Jose E. Morales, Harrisburg, for DGS.

Nathan C. Pringle, Jr., Frank A. Fisher, Jr., Harrisburg, for Office of Adm.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.